IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONALD PARKER, )
)
   Plaintiff, )
)
v. ) Civil Action No. 3:23-cv-42–HEH
)
NURSE C. BOYD, et al., )
)
   Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on March 31, 2023 (ECF No. 8), the Court directed Plaintiff to pay an initial partial filing fee of $18.83 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                        Henry E. Hudson
Date: May 15, 2023            Senior United States District Judge
Richmond, Virginia